AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Arkansas

*U.S. DISTRICT COURT*
*WESTERN DISTRICT ARKANSAS*
*FILED*
*FEB 20 2015*
BY
*CHRIS R. JOHNSON, CLERK*
*DEPUTY CLERK*

| | | |
|---|---|---|
| OSCAR OLIVARES | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  4:13-CV-4107 |
| BRENTWOOD INDUSTRIES | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The jury finds in favor of the plaintiff on the claim for race discrimination and assess damages in the amount of $1.00.

This action was *(check one)*:

☑ tried by a jury with Judge  Susan O. Hickey  presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 2/20/2015

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*